# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
April 17, 2012

Lyle W. Cayce
Clerk

No. 11-50525
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

JASON JEROME WILLIAMS,

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 7:11-CR-36-1

Before JONES, Chief Judge, and JOLLY and SMITH, Circuit Judges.

PER CURIAM:[*]

Appealing the judgment in a criminal case, Jason Jerome Williams raises arguments that are foreclosed by *United States v. Harrimon*, 568 F.3d 531 (5th Cir. 2009), and *United States v. Sanchez-Ledezma*, 630 F.3d 447, 451 (5th Cir.), *cert. denied*, 131 S. Ct. 3024 (2011), which held that the Texas state offense of evading arrest or detention by use of a vehicle is a violent felony under the Armed Career Criminal Act (ACCA). *See also Sykes v. United States*, 131 S. Ct.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 11-50525

2267, 2277 (2011) (holding that conviction under Indiana's felony vehicle flight law constituted violent felony under ACCA).

The Government's motion for summary affirmance is GRANTED, the Government's alternative motion for an extension of time to file a brief is DENIED, and the judgment of the district court is AFFIRMED.